

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE:  ARMANDO MADRID, | § | No. 08-16-00292-CR |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator′s petition for writ of mandamus against the Honorable Martin Muncy, Judge of the 109th District Court of Andrews County, Texas, and concludes that Relator′s petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 7TH DAY OF DECEMBER, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.